IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tremayne Lewis Sr
ID# 442207   3-21-1988
P.O Box 534
Jessup, Maryland
20794

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Det Joseph Wiczulis
Det Daniel T. Hersl
Det Sgt Burns, Det Roomeo
Det Ilgenfritz, Det Moore
All of the above are active
Members of Baltimore Police Department,
State of Maryland, (itself)
Baltimore Police Department (itself)
*(Full name and address of respondent)*
**Defendant(s).**

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 24 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐   NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

   _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☒

1. If you answered YES:

   a. What was the result? _____

   _____

   b. Did you appeal? _____

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: Because I was told by the warden of this instutiction that I have to file my complaint straight to the courts because my lawsuit is against the Baltimore Police Department and has nothing to do with prison gurds or how I have been treated in jail !!!

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

My statement of claim was to big to fit onto these 6 lines below so because of such small space Please see attachments pg #2-7 as I tryed to be as brief as I could, but I still had to give you the whole outline of my reason for filing this lawsuit in Federal court !!

pg #2

# Statement of Claim

On 10-25-13 @ 900 HRS, Officer Joseph Wiczulis Police No. I354 received a phone call from a registered confidential informant. This informant has provied reliable and accurate informant in the past. The informant stated that the Heroin shop called "young money" Located in the 1300 Blk of N. Luzerne Ave and 2600 Grogan Street, was preparing to hand out 'testers'. Tester is common Street Terminology used to Refer to Free Narcotics that are Distributed in large Quantity as a promotion for that Particular Shop. In ADDition, the informant stated that he heard after the 'testers' were to be handed out, the Dealers were Going to be open for retail Business. Aided by this information, Officer Joseph Wiczulis took up a Covert location with a clear and unobstructed view of 2600 Grogan and 1300 N. Luzerne Ave. I was also utilizing Binoculars to enhance his vision. It should also be Noted that this is a residential area that is plagued with illegal Narcotics activitys and suffers from High volume of Firearm related violent crime. I observed Tremayne Lewis and Darren Griffin, Both of whom I know from previous encounters. Lewis and Griffin approached the intersection From The South and Proceeded to stand with two other unknown Black Males, Later identified as Brian Mondowney and Clipper Jordan, At the corner of Grogan St. And N. Luzerne Ave. The Group Huddled closely together and were in constant conversation with one another. After a Few moments, Mondowney Walked to the Middle of N. Luzerne Ave. and out

pg #3

Case 1:21-cv-02184-ELH Document 1 Filed 08/24/21 Page 4 of 9

looked around in all Directions. Jordan Then ran North on N. Luzerne Ave. And out of view. Mondowney Then Yelled, "We God, Yo!" Based on My expertise, Mondowney was Displaying characteristics of a lookout. At this moment, Lewis made a Waving motion towards the rear alley that runs behind the oddside of 1300 N. Luzerne Ave. And North off of Grogan St. A Large Group of older men and women quickley ran from the alley towards Lewis and Griffen. Lewis and Griffen were each now holding Bags in thier Hands. As the crowd closed in around them, Lewis and Griffen Frantically Began Handing out small white objects that were consistent in Both size and shape with street level Packaged CDS. As the individuals in the crowd received their item(s), they would leave in Various Directions often times examining their newly acquired Product. Based on my knowledge, Training, and experience, I know that this Behavior how "Testers" are commonly Distributed. Once the entire crowd had been served and dispersed, Lewis Bent down and retrieved a Newport Cigarette Box from the Gutter on Grogan St. Lewis then placed the remaining small white objects He had into the cigarette Box and walked over to Griffin. Lewis Held the Newport Box out towards Griffen. Griffen then added His remaining small white objects to the Newport Box. Lewis Then Ran across N. Luzerne Ave and placed the Newport Box into a patch of long Grass in the Gutter. Lewis then ran back across N. Luzerne and into the 2600 Block Grogan street. Once on Grogan street, Lewis walked to the side door of 1321 N. Luzerne Ave and pulled both b bottoms out. At this time Griffin was standing further out on N. Luzerne looking around. Griffin Looked back at Leitz

Pg #4

and nodded. Lewis then Pulled a Dark colored Handgun out of the rear of his waistband/back and placed the Handgun behind the Plywood he was pulling out. During This, Griffin would look around in all directions, As if monitoring for police. Griffin and Lewis then walked to the west side of N. Luzerne Ave. where they were met by Jordan and Mondowny. At this time, I alerted my arrest team consisting of Det Daniel T. Hersl, Det Moore, Det. Ilgenfritz, Det. Iacovo, Det. Romeo, and Sgt Burns. The arrest team locked Mondowney, Griffin, Lewis, and Jordan. Det. Iacovo was then Directed to the plywood Door where he located and recovered a Black Jimenez ARMS J.A Nine 9mm Handgun with serial #243392. The Handgun contained a magazine with (7) live rounds and HAD (1) live Round chambered. Next, I Directed Det. Iacovo to the Newport Boxes in the gutter. Det. Iacovo Recovered the Newport Box and found same to contain (10) Gel Caps with white powder substance, Suspected Heroin. There were no other Newport Boxes or similar In the Gutter. Once under arrest, Griffin and Lewis was Taken to Eastern District for criminal Debriefing. All of the above officers named in this lawsuit all belong to the Eastern District of BPD.

Now on 10-25-13 @ 9:00 hrs I Tremayne Lewis Sr ID #442207 was setup by 6 members of the Baltimore Police Department on Handgun and drug charges. the first 3 pages is a clear word for word copy of the "Statment of Probable Cause report." On the above Date and time 4 Black males was arrested by all the members listed above in this report. Before I was set

pg #'s

up and framed by GTTF officer Daniel T. Hersl along with other current active members of the Eastern District Baltimore Police Department a video was being recorded of the arrest of four Black males by the name of (1) Lester Ash, (2) Clipper Jordan, (3) Darren Griffin, (4) Brain Mondowney. The video shows the whole arrest from the begining to the end and the four Black Males named above being put inside of a paddewagon one at a time and taken to Eastern District in Baltimore City. What the convicted crooked cop Daniel T. Hersl along with the other currently active members of the Baltimore Police Department did was took Mr Lester Ash out of the whole picture and replaced him with me, Mr Tremayne Lewis. But what the cops didn't know at the time or knew but didn't care about was the clear fact that Mr Lester Ash was on "GPS" monertoring from 7:00AM to 7:00pm in the city of Baltimore on the date and time of this arrest where I was setup by 6 active members of the Baltimore Police Department. So not only will this never before released to the public video of the whole "REAL" arrest show that I was framed and setup by 6 members of the Baltimore Police Department one of which is now convicted of being a crooked cop and doing 30yrs in Federal prison. Also the GPS records of Mr Lester Ash will not only back my story 100%, but it will also prove that I was Framed and setup by all 6 members of the Baltimore Police Department. Once I was stoped by officer Daniel T. Hersl and Sgt Burns for just

pg #6

walking up the 700 Blk of Milton Ave of Baltimore City. I was arrested and taken to Eastern District and placed inside of a holding bullpen that had 4 Black males inside it before I was put in there. After about 30 mins of being inside the bullpen I watch Sgt Busns come open the door to the bullpen I was in and tell Clipper Jordan he was free to go. Next officer Daniel Tittersl came to the bullpen and told Mr. Lester Ash, Darren Griffin, and Brain Mondowny that they all was free to go right from Eastern District. I was the only person left in the bullpen and then taken to C.B.I.F and charged with handgun violations and drugs that I never seen, touched, or even knew anything about. Since I have been locked up on these flase charges put on me by crooked cops I have been placed on phiych medication witch led to years of depression due to all the doctors I seen in prison and told them the story of how I was setup by dirty police and them classifing me as crazy and putting different Medication that im still forced to take everyday to this day. I have been shot in my face with a 870 Rimmington shotgun by members of the SOG team for my dealings with the crooked Baltimore City police that set me up and this took place inside the prison. Also I was stabed 5 times on my upperbody by Members of the BLOODS GANG (which I was apart of) for telling the prison staff &FBI that I was setup by crooked cops and because of me telling the truth about what took place in my case I was labled a snitch

Pg # 4

and a attempt to kill me has been made on me twice while In prison. One attempt by members of the SOG, and one attempt by members of the BLOODS GANG. Since these things has happend to me I have started to lose my mind and go crazy. I dont know who to trust with these attempts being made on my life. I cant see clear out of my right eye after being shot in my face by prison staff with a 870 Remington Shotgun. I lose feeling in my right arm after being stabed In prison. Due to everything listed in this lawsuit that has be stated my constitutional rights have been violated. 8th Amendment, False Imprisonment, Deliberate indifference, Cruel and unusuale punishment, pain and suffering, Medeal illness, and Defformaytion of charta! I also would like to make this statement of claim left to be made amendable!

I Tremayne Lewis ID #442207 state that all the above statements of claim on my behalf are true and Facts only!!!

@ 9:39 pm   Tremayne Lewis 442207

8-1-21   *Tremayne Lewis* 442207

IV. Relief
(State briefly what you want the Court to do for you.)

My relief sought on by me from the courts is listed on the attachment paper please see pg 1 of 1 relief sought

SIGNED THIS 25th day of July, 2021.

_____
Signature of Plaintiff

Tremayne Lewis
Printed Name

P.O. Box #534
Jessup, Maryland 20794
Address

_____
Telephone Number

_____
Email Address