My Relief sought on from the courts

1) I want 2.5 million dollars for False imprisonment due to me being locked up for the past 8 yrs on False charges put on my by crooked Baltimore city police!

2) I want 1.5 million dollars for the pain and suffering I have endured after being shot in my face with a 870 rimimington shotgun and being stabbed 5 times in my upper body, all while in prison under these False charges placed on me by crooked Baltimore city police!!

3) I want 1 million dollars for violations of my 8th Amendment Deliberate indifference, cruel and unusual punishment, mental illness development Etc Etc!

4) I want all of the listed officers involved in this case to be removed from the BPD without pay A.S.A.P and brought up on criminal charges. The officers are as follow: Daniel T. Hersl, Det Moore, Det Ilgenfritz, Sgt Burns, Det Romeo, Det Joseph wiczulis all of Baltimore Police Department!

5) I want this conviction to be over-turned and also taken off of my personal record A.S.A.P!

*****This relief sought is also left to be made amendable at a later date if need be!! I Tremayne Lewis sr ID 442207 want it noted that this is a statement of Facts stating my relief sought by me from the courts! @ 10:19 pm   Tremayne Lewis 442207
8-1-21                                    Tremayne Lewis 442207