Case 1:21-CV-02184-JKB

In The United States District Court
For The District of Maryland

|  |  |
|---|---|
| Tremayne Lewis Sr<br>Plaintiff<br><br>V.<br><br>Detective Joseph Wiczulis<br>Detective Daniel T. Hersl<br>Detective Sergeant Burns<br>Detective Sean Suiter<br>Detective Rodemo<br>Detective Damon Talley<br>Detective Ray N. Hunter<br>Detective Igenfritz<br>Detective Moore<br>Baltimore Police Department<br>State of Maryland<br>Defendants | * * * * * * * * * * * * * * * * * * * * * * * * |

Dear Chief Judge; James K. Bredar,

                           Comes now Mr. Tremayne Lewis Sr Inmate number 442-207 Self-Represented plaintiff, an inmate at Jessup Correctional Institution. I was provided an opportunity to file an amended complaint within 28 days from the date of 10/28/21 to produce all documents that support my claims. I request this Honorable Court to please assign me a federal attorney at this time because of the nature of this case, the sereouness of my claims, The limitness access I have to met any deadline set in the future by the Honorable Courts due to Covid-19 restrictions in the State of Maryland, And also

for my fear and safety of the attempts that have been made on my life I need all future documents to be under The "Privileged And Confidential Attorney-Client communication Statue" Please!

\*\*\*Note\*\*\* Please see statement of claims pages 1-12 and attachments 1-60!! plus all documents that you will recieved in your chambers before the November 24, 2021 deadline put on me to produce Documents to support all my claims These documents is being mailed to you from my family on the outside Certified Mail with a tracking number attached. I ask this Honorable Judge to please wait until you recieve all the documents that are being mailed to you before you decide if you are going to grant me a attorney in this case please!!

Respectfully yours
Tremayne Lewis

PO Box 534
Jessup, Maryland 20794

Statement of Claim       11/16/21 @ 9:41 A.M.

I, Tremayne Lewis Sr ID# 442-204 was setup by members of the Baltimore City Police Department for Handgun violations, Drugs, Att murder, and Murder. I have never before released video footage to the public of 7 (seven) Eastern District police framing me for Drugs and a Handgun that in the begging was said to have been used to kill my bestfriend Mr Clarence Gray (RIP). Two of the main police that took part in this set was officer Daniel T. Hersl along with Detective Sean Suiter. There are GPS records that not only will prove that I was setup by 9 (Nine) members of the Baltimore City police department, but will also show that another man by the name of "Lester Ash" was the one locked up with Mr Darren Griffin, Mr Brian Mondowney, and Mr Clipps Jordan for the Gun & Drugs on 10/25/13 (see attachment of officer Joseph Wiczulis sworn under oath Statement of Facts) and taken to Eastern District before being let go free along with all named above defendants. I was taken out of my cell in 2017 by unknown members of the FBI and I not only let the FBI know that I was setup by crooked cops Daniel T. Hersl and Sean Suiter, but also that me and my bestfriend Clarence Gray (RIP) was forced to sell Bricks of RAW DOPE only in East Baltimore for Sean Suiter and Daniel T. Hersl. I was suppose to testify infront of a grandjury on the day of the meeting with the FBI, but by the time I was done pointing out all the facts of my dealings with Sean Suiter and Daniel T. Hersl the Grandjury had left to go home for the day. My lawyer who represented me at this undisclosed meeting with the the FBI name is Mr Lucius Outlaw III. After watching the Fox 45 news and seeing that Detective Sean Suiter just got killed the day before he was about to exspose crooked Baltimore City police to a grandjury so the crooked cops could be charged I had Mr Lucius Outlaw III come see me face to face at JCI I told Mr Outlaw that I no longer wanted to testify in

a grandjury because I didn't feel safe knowing that Sean Suiter was killed for about to expose the same police that the FBI wanted me to Testify infront a grandjury about as well as expose Sean Suiter for who he really was. The day after I stole two Bricks of RAW Dope from Sean Suiter and Daniel T. Hersl and moving to another state (V.A) Daniel T. Hersl and Sean Suiter put a $50,000 contract hit out on me in the City of Baltimore to have me killed. Knowing this and on top of seeing everything that Sean Suiter and Daniel T. Hersl did to have me setup and convicted for Drugs, a Gun, and the murder of my bestfriend Clarence Gray (RIP) which I will put all facts on the table and make everything clear as possable to you to see. Mr Outlaw informed me that the FBI was not able to confirm that I was in VA at the date and time that my bestfriend Clarence Gray (RIP) was killed the FBI left me to root in prison serving a Life plus 30 year sentence for a crime I didn't do! At the meet in 2017 with the FBI Mr Lucius Outlaw III along with two state's attorney's and the FBI all watched the video of 4 Black men being lockedup for the same Drugs and Gun that Daniel T. Hersl planted on me and had me Federal indicted and convicted off did nothing and still to this day I'm in prison on charges I had nothing to do with, but because I got in violent trouble as a 16 year old kid in 2004 the Justice sytem and State of Maryland allowed crooked cops to frame me for Gun, Drugs, and a Murder I had nothing to do with. I have been working so hard to prove with "Black & White" Facts that I was setup from day one on all charges state & Federal and that day has come now, but not before two attempts to kill me has been made on my life to stop me from coming forward with the truth. Judge I do FEAR for my Safty everyday that I am in state custody and I am asking can you put in a order to have

some type of federal jail until all this is done and over with and I'm set free. The $50,000 hit that Sean suiter and Daniell T. Hersl placed on me is still active and I fear that I may be killed the next time that a attempt is made to take my life in order to keep me quit about everything I'm about to tell you. The first thing I want to point out is why I don't feel safe in the hands of state custody and outline to you the two attempts that have been made on my life in the past 45 months. Almost 3 weeks after my meeting with the FBI in 2017 on October 13, 2017 the head (intel) officer Lt David Roman of J.C.I (Maryland Division of Correction) received credible information that it was a $50,000 hit on my life and that someone was going to assault me so I was placed on administration segregation until the investigation was complete. 1st attempt was made on 3/8/18 @ 2:30 AM at JCI while I was asleep in my cell on admin-seg/protective custody because the Gang intel of the jail received information that a $50,000 hit was on me and a attempt to take my life would be made. *Please Note* This placement on admin-seg/PC took place not even 3 months after my meeting with the FBI to tell the truth about my case. 5 S.O.G members approached my cell and fired 5 rounds from a 870 rimmington shotgun into my cell while I was sleep in bed striking me in my right eye, right temple area and right arm which has caused me not to be able to see out of my right eye for months at a time along with spraying about two whole bottles of Mace in my cell to stop me from yelling for help. A K-9 dog was also let loose in my cell to harm me! while members of the SOG team kicked and stomped my head into the cell floor one of them said we will kill you the next time you try and talk to the FBI. I filed a federal lawsuit on the warden of the jail and each member of the SOG team that played a part in what I feel in my heart was a attempt to kill me for going to the FBI

case. The case ended in a settlement February of 2021 for things and a amount of money I cant speak about due to fear and my agreement to the settlement!! The 2nd (second) attempt to take my life was made in August of 2020 by members of the BLOODS GANG (which I am a active member of) I was stabbed 5 times with a knife in a attempt to kill me to stop me from telling the truth about my case and going forward with the lawsuite that ended in a settlement 6-months after I survived being stabbed. A CO that was a close friend of one of the members of the SOG team who worked at W.C.I where I was being housed at pending the outcome of the settlement painted the picture to members of the Blood GANG that I was a snitch and FBI informant because I was trying to expose these crooked cops about setting me up for drugs, a Gun, and the murder of my Bestfriend Clarence Gray (RIP). I am not a snitch or informant for the FBI in no type of way at all!! On 11/15/21 @ 10:00am as I walked to eat my launch meal a group of guys walked past me and one of them said "Dont think we cant touch you like we did Sean Suiter" I couldn't tell which one said it but I went straight to my building Lieutenant O. Owolabi and told him to please move me to protective custody for fear that a 3rd attempt to kill me would be made on my life to try and keep me from exposing all these crooked cops that played a part in me being setup! I told you all of the above so you can understand as a human being why I dont feel safe being in the hands of the state and why im asking to be moved into Federal custody until all of this plays out because I dont feel in my heart that I will be able to survive another attempt on my life to be honest. The last thing I want to do is die in prison for something I didnt do and or before I get a chance to expose to the family of my bestfriend Mr Clarence Gray (RIP) what really happend and how crooked the Baltimore City Police really are!! The list of people that have seen the video and know my unknown to the public story are listed below and these names that I am about to list

("Proof") paperwork that I am sending to your office today along with the paperwork that I am having mailed to your office by my family because it was not safe to keep the evidence in my cell because of the attempts that keep being made on my life along with the unlimitless cell searches that keep taking place. Also my only copy of the video that was in my cell was stolen on 3/8/18 by members of the SOG team. I am having my family try there best to get hold of another copy, but my whole family has moved to another state out of fear surrounding this case! Like I stated before the list of people below all has a copy of the video but im asking you for a little time on my end to get hold of another copy but it is not easy for me to do being locked up, Covid-19 has all prison in Maryland only open 50% and now being placed on protective custody for my safty my access to the law library has been cut down to 0% and my phone access to 30% and I fear and feel that it is not safe to talk over the jail phone because anybody linked to the crooked cops has access to what I say and I dont want to put anybody life in danger like mine is by getting certain help over the phone. I promis you that the video is real and it will show everything I say it show and if it dont you can leave me in prison for the rest of my life until the day that I die if it come out that I lied to you about anything that im saying and I put my life on this as a fact!!

1) Mrs Deborah Boardman, Esq = She was my federal public defender for the Drugs and Gun put on me by Daniel T. Hersl and 6 other Baltimore city police!!

2) Lucius Outlaw III, Esq = Who worked with the FBI in 2017 to have me pulled out my cell and represented me as my attorney at the meeting with the FBI, and both ASA's that procuted the GTTF case!!

3) Mrs Denise Winston, Esq = who represented me in the murder case

4) Mr. [illegible], Esq. who represented the State!!

5) Both state's attorneys who prosecuted all members of the GTTF case!!

The video will show four black men (Clipper Jordan, Brain Mondowney, Darren Griffin, and Lester Ash) (All who is willing to be contacted and will testify on my behalf to the setup of the Gun & Drugs case). Being arrested for Drugs and a Gun, but when Baltimore city police officer Joseph M. Wiczulis wrote the report he put me as one of the four men Him and Daniel T. Hersl lockedup for the Drugs and Gun on 10/25/13, but "They" (All officers named in report) took one of the "real" four men (Lester Ash) out the picture, but even tho the video will show that none of the four men arrested is me the officers didn't know that the man "Lester Ash" was on Baltimore city/county 7:00AM-7:00pm GPS monitor and records will show where he was at on 10/25/13 at the time of this "false" police report made by currently active Baltimore city police officer Joseph M Wiczulis! Also the GPS records will show that Mr Lester Ash was taken to Eastern District (can also be seen in video) and let go along with Clipper Jordan, Darren Griffin, and Brian Mondowney where all charges was droped by officers Daniel T. Hersl, Sgt Burns and Joseph M Wiczulis and all four of the men named above charges was put on me and everybody else was cut free to go right from Eastern District! On 10/25/13 I sat in a bullpen with Lester Ash, Darren Griffin, Clipper Jordan and Brain Mondowney in Eastern District after being pickedup walking up monument street in East Baltimore coming from Johnhopkins Hospital. The four above names said they had just got lockedup for drugs and a 9mm handgun! 30 min's later Daniel T. Hersl along with Sgt Burns came to the bullpen and told all four of the men named above that they was not only free to go home, but that no charges would be put on them at all! I was charged and taken to C.B.I.F for a Gun and Drugs that I never had, seen, or knew nothing about. The video along with the GPS records of "Lester Ash" will back my story 100%! while being

taken to Sgt. Burns of Eastern District called Homicide unit and said they had the murder weapon used to kill my bestfriend Mr Clarence Gray (RIP) and 4 months later I was charged with murder based off of 2 false eye witness that was both given deals on all their pending cases and situations to point me out as the shooter, but I have proof Black & white Testimony of both of these false witness to prove that Daniel T. Hersl and Sean Suiter used to frame me for the murder of my bestfriend Clarence Gray (RIP) and this Settup all stemmed from me and Clarence Gray (RIP) stealing 2 bricks of RAW Dope. NOT only did I tell the FBI about me, Clarence Gray, Daniel T. Hersl (AKA D-Boy), Sean Suiter (AKA S-$ money) and lor Dev all being a team that sold Bricks of RAW Dope in the streets of East Baltimore, I even ammitted that me and Clarence Gray (RIP) gave the greenlight to Dev from Sean Suiter to kill Quan in the 2600 Blk of Grogan Ave in 2013 summer time for getting in the way of the Dope me, Dev, and Clarence Gray (RIP) was forced to sell for Daniel T. Hersl and Sean Suiter. After I stole the 2 Bricks of Raw Dope from Sean Suiter and Daniel T. Hersl and moved to V.A. Daniel T. Hersl and Sean Suiter placed a $50,000 hit on the life of me and Clarence Gray (RIP) but Hersl or Suiter didn't know that I stole the dope from them all on my own and that Clarence Gray (RIP) was telling me to Just pay the $160,000 bill we owed to Sean Suiter and Daniel T. Hersl for the dope they fronted us. Sean Suiter and Daniel T. Hersl then gave Lor Dev AKA WJZ Dev $50,000 and a brand new CR-250 dirtbike to kill Clarence Gray (RIP). The $50,000 hit on my life is still active and I have pointed out to you already the attempts made on my life!!

BreakDown of #1 Witness Mr Rodney Jerome Page

1) On July 23, 2013 (Day after Clarence Gray (RIP) was killed) Mr Page gave a statement to Det. Heath stating that he was on Bonapark Ave on the day and time of the murder (which is over 40 Blks away from where the shooting took place) and that he heard a man by the name

of the shooting and even gave a personal number to the man named "Silly" # 404-883-0703!!

2) On July 26, 2013 Mr paige was arrested by members of the Eastern District on possion charges. Now 3 days later after giving his 1st statement to Det Heath and now being under arrest Mr paige has a change of heart and gives a statement to Det Hunter & Det Talley saying that he was accross the street looking out the doorway of a corner store where the shooting took place and seen the whole shooting take place. After giving this statment to Det Hunter & Det Talley Mr paige possion charge's was not only droped right there at the Homicide unit, Mr paige was free to go home. All handcuffs and shackles taken off at the door of the Homicide unit and Mr paige never had to step foot in C.B.I.F on Possion charge's approved and Granted by Both Det Hunter & Det Talley!!

3) On July 30, 2013 Mr paige was Transported to Eastern District @ 3:40p by officer K.Kolb # I-388 of the Eastern District to the Homicide unit. @ 6:14 pm Mr paige was interviewed by Detective Talley & Det Hunter after being arrested on a unknown charge. Mr paige now for the 2nd time after being arrested by members of the Eastern District stated that he was accross the street from where the shooting took place and picked my picture out as the shooter and singing his name and date on the photo array. Mr paige was once again free to go right there from the Homicide unit, approved and granted by Both Det Hunter & Det Talley!!

4) Where & what was Mr paige doing for 2-hours 34 mins with Det Talley and Det Hunter which was the time fram from when officer K.Kolb I-388 of Eastern District transported Mr paige to the Homicide unit and the time that the interview started on record??

5) On July 30, 2015 (My trial) Mr paige was walked into the courtroom by no other then "Sean Suiter". Mr paige took the stand and testified under oath to the following things listed below A-C!!

A) Mr paige testifed that he did not see me shoot clerance Gray(RIP) and that he was assuming it was me! see pg#25 of attachment

B) Mr paige testifed that he was under arrest on July 26, 2013 for drugs and after giving a statement to Detives and picking me as the shooter he was let free to go and all charges was droped right there at the Homice unit! See pg# 28 & 29 of attachments

C) Mr paige testifed that after he was arrested by members of the Eastern District and not only gave a statement saying he seen the whole shooting take place and after picking my pic out of a 9 yr old photo array all handcuffs, shackles, and charges droped at the homicid doors and Mr paige was once again let free to go home! See pg# 30 of attachments

Note *** Mr paige was arrested July 23, 26, 30 all of 2013 by members of the Eastern District after giving a statement and picking me as the shooter all charges was droped right there at the Homicid unit door and Mr paige walked home a free man!!

*****
Important → Mr paige was walked into the courtroom by Det "Sean Suitor" to
***** point me out as the shooter. Me knowing that Det Sean Suiter was doing this (walking Mr paige in as the 1st witness) all because I stole to bricks of Raw dope from him and Daniel T. Hersl. If you watch the July 30, 2015 video & Audieo of my Trail you will see me leanback in my chair while Mr paige is on the stand and "Hear" me ask Det Sean Suiter do he have any kids? He said NO and then I told Det Suiter if he did have any kids I would kill there ass and this should be pickedup on Audio. I did this in court to pointout that it was foulplay taking place in the courtroom!!

Breakdown of #2 witness Mr Sylvester Daughtry

D) on July 23, 2013 @ 2:00 pm Det Ray Hunter and Det Howard interview

Sylvester Daughtry after he was transported to the Homicide unit by Lt Shorter. Mr Daughtry provided the following information. Mr Daughtry was sitting on the steps of his home when he observed the victim walking west N the 2500 block of E. Preston Street. As the victim was walking Mr Daughtry advised that he observed a 2nd male riding a bike east into the 2500 block of E Preston Street from the 1200 block of N. Milton Avenue. According to Mr Daughtry as the two individual met in the middle of the block and saw one another, the victim immediately began to run westbound. The suspect immeditly hit his Brakes reached behind his back and removed a black Semi-automatic handgun. The suspect then fired several shots at the victim. The victim then collapsed at the intersection of N. Milton Ave and E Preston Street. Mr Daughtry advised that the suspect calmly placed the gun back in the rear of his pants and rode off Northbound In the 1200 BK of rose street. Mr Daughtry provided your writer with information pretaininting to witness that were in the area as well. NO photo array was shown to Mr Daughtry that day!!

2) On August 22, 2013 @ 11:30 AM - 12:36 pm Det Ray N Hunter & Det Talley interviewed Mr Daughtry and the following things took place. Mr Daughtry said that the shooter comes to his house almost everyday to sell drugs to his roomate so he knows the shooter when he sees him. After looking at the photo booklet 3 different times Mr Daughtry says to both Detitves the shooter is not in this booklet at all! Each time Mr Daughtry says the shooter is not in the booklet the Detives ask Mr Daughtry is he sure? After the 3rd time Mr Daughtry say the shooter is not in the photo array being shown to him! The Detivtives then points to a picture of me and ask Mr Daughtry well why was you looking at this picture right here so hard? Mr Daughtry then picks out the picture the Det's just pointed to and picks me as the shoter!! Mr Daughtry is asked when is the last time he seen the shooter in person? Mr Daughtry said that he seen the shooter at his house on Tuesday Aug 20, 2013. It was Totaly impossible for Mr Daughtry to see me on Aug 20, 2013 because I was arrested by Crooked police officer Daniel T. Hersl around 9:00AM and Taken to DOC

for a V.O.P.!!

3) On April 8, 2014 Mr Daughtry was arrested for 1° Degree RAPE of his niece and was facing "Life" in prison on these charges. A Rape kit was done on Mr Daughtry niece at the hospital and Mr Daughtry's "Semen" was found inside of his niece Anal area. This was a open and shut case, but due to the fact that Mr Daughtry was a witness in my case his case was postponed in court for almost 16 months and once my trial started and Mr Daughtry pointed me out in live court as the shooter, I was found guilty of 1° Degree Murder and my sentence date was set for Oct 16, 2015. One week before I was sentenced to Life + 30 years Mr Daughtry was given "Time Served"!!

4) On Aug 22, 2013 at the end of the interview Mr Daughtry asked both Det's do they have a Side view pic of me because he is not 100% sure that he picked out the right person. He stated that he is like 98% sure but if he had a Side pic of me to look at because he seen the shooter from the side. Mr Daughtry asked to see a side pic more then 3-times but was told "NO" each time that they don't have a side pic of me!!

*****important→ On July 30, 2015 officer Sean Suiter would be the last officer to seal the deal and make sure that I was not only found guilty for the murder of my bestfriend, I say this because he can and will be seen as the only Detivite to walk both false witness in the courtroom to take the stand and point me out as the shooter. All this took place because I stole two Bricks of RAW Dope from Sean Suiter and Daniel T. Hersl and moved to another state. NOT only did Sean Suiter and Daniel T. Hersl put a $50,000 hit on me and my bestfriend for the Drugs I stole, but they also framed me for the Drugs and Gun case I was fighting with the Feds. I said I would Kill Sean Suiter kids in court because him, I, both witness, Daniel T. Hersl, Det Hunter, Det Talley and Sgt Burns all knew that they was setting me up in state court for the murder of my bestfriend Clarence Gray (RIP) and in federal court for a Handgun

and drugs I didnt have. With me facing Life+30 (state) Life+80 (Feds) Sean Suiter and Daniel Hersl knew that not only would I never see the streets of Freedom ever again, but Nobody would ever Belive a young Gang member by the name of "Kan't GeT RighT" was ever Setup by so-called Honable Baltimore City police officers, But I have proof!!

More Break Down of Daniel T. Hersl & Sgt. Burns

1) on all the dates listed below I was arrested by Hersl & Burns
8-14-2013
8-17-2013
8-20-2013
10-25-2013
all of these arrest was done to intemadate me into paying Sean Suiter and Daniel T. Hersl the money I owed for stealing the two Bricks of raw Dope!!

Certificate of Service

I hereby certify that on November 16, 2020 a copy of this 1983 packet along wit attachments was mailed via First class mail, postage prepaid, To cleark of court U.S District court 101 W. Lombard Street Baltimore, MD 21201

Tremayne Lewis
442207/2418288